IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JENNIFER CARDELLI,<br><br>*Plaintiff*,<br><br>v.<br><br>TOYOTA MOTOR SALES U.S.A. INC.,<br><br>*Defendant*. | § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00357-JRG |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Without Prejudice Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) (the "Notice") filed by Jennifer Cardelli ("Plaintiff"). (Dkt. No. 22). In the Notice, Plaintiff dismisses the above-captioned action against Defendant Toyota Motor Sales U.S.A. Inc. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 1st day of December, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE